**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 25-cv-04150-REB

IFEANYI CHINEDU UMEH,

Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

---

**MINUTE ORDER**[1]

---

The matter before the court is the **Unopposed Motion for 21-Day Extension of Time To Respond to Complaint** [#14],[2] filed September 8, 2026. Having reviewed the motion and the file, I find the motion is well taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion for 21-Day Extension of Time To Respond to Complaint** [#14], filed September 8, 2026, is granted; and

2. That defendant shall respond to the complaint, and the parties shall file a Joint Case Management Plan, on or before **September 29, 2026**.

Dated: September 8, 2026

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.